United States District Court
Southern District of Texas
**ENTERED**
January 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JUNSUB WILLIAM MENG | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 5:23-CV-78 |
| TRANSPORTES JOMIJE, S.A. DE C.V., | § | |
| AND JOSE ROBERTO GALLEGOS | § | |
| LOMAS | § | |

### ORDER

Before the Court is the parties' Joint Stipulation of Dismissal. (Dkt. No. 49). The parties state that settlement of all claims has been reached and that the parties agree that Plaintiff's claims will be dismissed with prejudice. (*Id.* at 1).

Parties in a civil suit may dismiss a suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). Because the stipulation meets the requirements of Rule 41(a)(1)(A)(ii), all of Plaintiff's claims were dismissed with prejudice upon the filing of the Joint Stipulation of Dismissal. (Dkt. No. 49); *see* FED. R. CIV. P. 41(a)(1)(A) (permitting dismissal of a case without court order).

Therefore, this case is hereby **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby **DIRECTED** to terminate the case.

IT IS SO **ORDERED**.

**SIGNED** this 8th day of January, 2025.

_____
Christopher dos Santos
United States Magistrate Judge